Your Honor and members of the court room.  My name is Officer C.N.  I appreciate the opportunity to give my statements to the court about this case regarding the defendant.  January 6, 2021 is a day that simply won't go away for me.  That day started out as many others in my career.  Expectation of large crowds was a given but nothing at roll call would prepare me to be in a brawl for hours outnumbered by thousands.  By the time I encountered the defendant near the Crypt of the United States Capitol building I had already seen numerous co-workers badly injured and had tried with no success to push hundreds of people out of the U.S. Capitol that had forced their way into the building.

I recall encountering the defendant.  I had been backed into a corner by the large crowd and the defendant threw the chair that struck me.  I faced a internal struggle of staying to fight for the building I had sworn to protect or leave that hostile area.  I made the difficult decision being outnumbered and injured to leave and find another way to continue.

Late that evening I ended up being transported to the hospital for evaluation.  I had x rays taken as well.  By the time I got home it was close to 2 am on January 7.

I went to work a day later because I felt the need to get back to the job I swore to do.  I didn't know that in the coming days I would  be doxxed online and have people show up on my doorstep with my family present.  I didn't know that 3 months later I'd be watching two of my coworkers get intentionally hit with a car killing one of my best friends instantly.  January 6 changed my life and my career.

To the defendant.  My hope for you is you truly realize what your actions were that day.  I hope you realize they weren't mistakes.  They were intentional and you sit in this courtroom because of them. My job is to protect and defend the Constitution of the United States and I am proud to say I did my job that day.

Thank you for your time your honor.

Sincerely,

Officer C.N.